**PRO SE OFFICE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**100 FEDERAL PLAZA**
**CENTRAL ISLIP, NY 11722**
**(631) 712-6060**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ APR 06 2016 ★
LONG ISLAND OFFICE

Date: _4-6-16_
Re: _14-CV-2393 (JFB)_

Dear *pro se* litigant:

   The enclosed _letter request_ is/are being returned without docketing or consideration for the following reason(s):

( ) The docket number and judge's initials are missing.

( ) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( ) These papers appear to be intended for another court or agency.

( ) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel.

( ) Your papers do not meet the minimum requirements for:

    ( ) Legibility: please type or print clearly.
    ( ) Language: only <u>English</u> is acceptable.
    ( ) Form or Content: See forms/instructions enclosed.
    ( ) Please indicate the documents you served on your affirmation of service.
    ( ) Other:

( ) This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( ) Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

( ) Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square
    New York, NY 10007

(X) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please obtain the appropriate form(s) online at www.nyed.uscourts.gov or from our office.

( ) Correspondence between parties is not filed with the court.

(X) Other: _Your attorney must be relieved as counsel by the court in order for you to communicate with, or seek relief from, the court._

*PRO SE* OFFICE
By: /s/ C.Vukovich